| | |
|---|---|
| **MEMORANDUM** | **UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF TEXAS<br>OFFICE OF THE CLERK** |

November 19, 2007

TO:         Dallas Orders

FROM:    Susan Hudson

SUBJECT: Placement of cases and defendants on "3998" status:

Please place the following cases and defendants on "3998" status:

3:05-CR-147-G(01) SAMUEL NAGARACHAU KAMAU
              (02) JAMES CHARLES NJENGA

3:05-CR-155-G(01) FARHAD HAIDER

3:05-CR-203-G (02) EGBE AGBAI ALUGWO

3:07-CR-016-G(01) OUSMANE SOW
              (02) TICHAFARA MPARIWA

Please place the following defendants only on "3998" status:

3:05-CR-264-G(01) BERNARDO REYES
              (02) MANOLO CARDENAS
              (05) OSCAR MANUEL GARCIA

cc:     Lesli McCune